UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>Ali TAROKH,<br><br>                Defendant. | Case No.:  **22-MJ-530**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 1028 Production of a False Identification Document (Felony) |

The undersigned complainant being duly sworn states:

<u>Count 1</u>

On or about December 19, 2021, within the Southern District of California, Defendant, Ali TAROKH, knowingly produced a false identification document, to wit: a California Driver's License bearing the name A.B.M., without lawful authority, and the false identification document was or appears to have been issued by or under authority of the State of California; in violation of Title 18, United States Code, Sections 1028(a)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                                        Special Agent Jose Diego
                                                        Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11th DAY OF FEBRUARY 2022.

                                                        Honorable Bernard G. Skomal
                                                       United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

Targeting of TAROKH:

On December 20, 2021, Ali TAROKH, while under active probation by the San Diego County Superior Court for a felony conviction for possessing a controlled substance for sale in case number SCD282745 was targeted for surveillance by the Drug Enforcement Administration (DEA), San Diego Field Division (SDFD), San Diego County Integrated Narcotics Task Force (NTF) Team 10. As a condition of his probation, TAROKH agreed to submit his person and vehicle to suspicionless and warrantless searches.

Agents and officers placed a Global Positioning System (GPS) device on a vehicle registered to TAROKH, a 2004 silver Lexus ES 330 bearing California license plates 5FKE632, pursuant to the terms of his aforementioned Fourth Amendment waiver probationary conditions. Based on the GPS data, at approximately 8:30 a.m., agents and officers located TAROKH's Lexus parked at the premises of the hotel located at 1403 Rosecrans Street, San Diego, CA 92106 and established surveillance of the vehicle.

At approximately 11:19 a.m., agents and officers observed TAROKH walking over and entering the vehicle. While in the driver's seat, TAROKH appeared to be "nodding" off, possibly as the result of being under the influence of a controlled substance. At this time, and fearing that TAROKH may attempt to drive away in an impaired state, NTF Team 10 requested the assistance of the San Diego Police Department (SDPD). SDPD Officers arrived on scene and subsequently detained TAROKH. A Fourth Amendment waiver probation search of TAROKH's person and his vehicle (pursuant to his aforementioned Fourth Amendment waiver probationary conditions) was conducted by NFT Team 10.

During the search, agents and officers discovered a hotel key card associated with a hotel located at 1451 Rosecrans St, San Diego, CA 92106 and across the street from the hotel where TAROKH's vehicle was parked. During a search of TAROKH's vehicle, agents and officers discovered a bag containing a small amount of suspected fentanyl.

Follow-Up Investigation Regarding the Discovered Hotel Key:

Agents and officers from NTF Team 10 contacted the management of the hotel associated with the key card in TAROKH's possession. The hotel's management

was able to identify the hotel key card found in TAROKH's possession was assigned to Room 203, which was booked under the name A.M. The hotel's management checked reservation records and indicated that the reservation under A.M.'s name had been made via Hoteltonight.com for December 19, 2021, through December 21, 2021. The credit card number on the reservation was ended in 5454 with the guest's name listed as A.M.

Hotel security footage showed TAROKH entering the hotel's lobby via the front entrance with a female that was later identified as Laura SHIRLEY. SHIRLEY sat down at the hotel lobby seats while TAROKH walked to the front counter. TAROKH portrayed to be A.M. by providing a hotel employee with an identification document and a "Green Dot" visa card, with an account number ending in 2457 that had been altered to bear A.M.'s name. After TAROKH was checked-in to the hotel, TAROKH and SHIRLEY took the elevator and headed over to Room 203.

Search of TAROKH's Hotel Room (Room 203):

Agents and officers from NTF Team 10 approached Room 203 to execute a Fourth Amendment waiver probationary search. After knocking and announcing themselves as "DEA" and "Police," agents and officers made unforced entry by unlocking the door. SHIRLEY was discovered occupying room 203. SHIRLEY stated that she was staying in the room with TAROKH and that TAROKH had rented the room. SHIRLEY also admitted to agents and officers that she was on formal (reporting) probation. Records checks for SHIRLEY uncovered an active federal arrest warrant. Subsequently, the U.S. Marshals were contacted and took SHIRLEY into federal custody.

A search of Room 203 resulted with discovery of a California Driver's License (A3402311) bearing the name A.B.M. (A.M.'s name with his middle initial included) with TAROKH's photograph and a "Green Dot" Visa card bearing the A.M.'s name and an account number ending with number 2457.

Based on my training and experience, Green Dot cards are pre-paid debit Visa cards that can be purchased at stores without a specific person's name. These store cards have the account number and a cardholder name of "My Card" printed and are not chip-enabled. Personalization of these cards can only be accomplished by opening an account online with personal information, and subsequently receiving a new card via mail that includes a chip. TAROKH altered the front of the card to include A.M.'s name to create the appearance it was a credit or debit issued under

A.M.'s name. This card is not chip-enabled, and signs of altering are visible in the cardholder's name section that should read "My Card" though read A.M's name instead.

Search of TAROKH's Residence:

At TAROKH's residence (445 Island Ave, Apt #309, San Diego, CA 92101), NTF Team 10 with Homeland Security Investigations (HSI) Document and Benefit Fraud Task Force (DBFTF) knocked and announced, and subsequently made unforced entry by unlocking the door. No other individuals were located inside of the residence. A Fourth Amendment waiver probation search of the residence found the following in a trash bin:

- A California Driver's License printed-out on a white piece of paper, the license was identical to California Driver's License that had been discovered in the Room 203 but it had a different person's photograph. This appeared to be a test print of the fraudulent California Driver's License.
- Instruction manual for a Brainstorm ID – 4.5 ID Card Laminator.
- Product Packaging for a Brainstorm ID – Inkjet Teslin 1-Up Perforated 4" x 6" Sheets - 25 Pack "Credit Card Size Inserts."

(Brainstorm ID is a supplier of ID supplies and equipment to create professional ID cards, i.e., ID manufacturing equipment)

- Piece of paper with the following numbered handwritten instructions:

(Only the decipherable handwritten sections are listed)
  - "Hotels.com"
  - "1) Register Account with CC Holder Name Non generic email"
  - "(2) Use …. "IP" …. "test"
  - "(5) Gust name" "Your Guest Name" "Use non grt email"
  - "(6) Sign up for accont" ….
  - "(7)"

Interview of A.B.M.

The following is a summary of the interview of A.B.M., the individual whose name and identity TAROKH used on the California Driver's License and Green Dot Visa card.

On December 23, 2021, HSI DBFTF Agents interviewed A.B.M. about the counterfeit California Driver's License found in TAROKH's possession and hotel reservation. Miller was unaware of the counterfeit California Driver's License and

denied having reserved a room at the hotel in San Diego where TAROKH had reserved a room under his name.

A.B.M. was shown a photo of the counterfeit California Driver's License bearing his information and he confirmed his name, for the exception of his middle name being *Benjamin* while the license displayed *Brian.* A.B.M. stated his credit card had his name displayed as *"Alexander B Miller"* with only his middle initial of *B*. Miller also confirmed his date of birth, and address was correct on the license, to include the street number, apartment number, city, and zip code, the only exception was the street name was of *Hollywood* instead of *Orlando,* but the street prefix of *North* and suffix of *Ave* were correct.

A.B.M. stated he recently purchased the residence address listed on the license in May of 2021. A.B.M. stated and provided screenshots of fraudulent charges on his Chase Freedom credit card on March 2, 2021, from *Retefee.com* (research indicates this website is associated with seekcupids.com – a dating website) for $27.97 and a December 16, 2021, fraudulent charge from *Bestbuy.com* for $1,243.11. A.B.M. informed his credit card company that these were fraudulent charges. A.B.M. also stated and provided a screenshot of three (3) fraudulent charges from *Tskfdg.com* on October 29, 2021, November 13, 2021, and November 28, 2021, for $2.99 each.

Additionally, A.B.M. did not give anyone permission to use his identity or credit card and stated he would like for the person who stole his information to be held accountable. A.B.M. stated the last fraudulent charge on his credit card was on December 16, 2021, and that he had called the bank and locked the credit card on the same day.